AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 8:20-MJ-00761 | Date and time warrant executed: 11/10/2020   11:35am | Copy of warrant and inventory left with: Adrian Miramontes |
|---|---|---|
| Inventory made in the presence of: TFO F. Hashempour & SA L. Altamirano ||| 
| Inventory of the property taken and name of any person(s) seized: 1) Buccal swabs taken from Adrian Miramontes |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/10/2020

_____
Executing officer's signature

Farshid Hashempour, Task Force Officer
Printed name and title